CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 10 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHER GRANSBY, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 7:03CV00107 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| D. A. BRAXTON, et al., ) | By: Samuel G. Wilson |
| ) | United States District Judge |
| Defendants. ) | |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable Michael F. Urbanski, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered granting summary judgment to defendants' and striking the case from the docket. Objections to the report and recommendation have not been filed, and the court, upon review of the record, is of the opinion that the report should be adopted. It is accordingly,

**ORDERED** and **ADJUDGED** that defendants' motion for summary judgment is **GRANTED**, and this case is stricken from the docket of the court.

ENTER: This May _10th_, 2005.

_____
UNITED STATES DISTRICT JUDGE